```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **MAR 2 8 2019**

------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :       **SUPERSEDING INFORMATION**
            -v.-                       :
                                       :
                                       :
KIFANO JORDAN,                         :       S7 18 Cr. 834 (PAE)
    a/k/a "Shotti,"                    :
                                       :
            Defendant.                 :
------------------------------------- X

## COUNT ONE
## (Firearms Offense)

The United States Attorney charges:

1.   On or about April 3, 2018, in the Southern District of
New York and elsewhere, KIFANO JORDAN, a/k/a "Shotti," the
defendant, during and in relation to a crime of violence for
which he may be prosecuted in a court of the United States,
namely, an assault with a dangerous weapon in aid of
racketeering, knowingly did use and carry firearms, and in
furtherance of such crime did possess firearms, and did aid and
abet the use, carrying and possession of firearms.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

## COUNT TWO
## (Firearms Offense)

The United States Attorney further charges:

2.   On or about April 21, 2018, in the Southern District
of New York and elsewhere, KIFANO JORDAN, a/k/a "Shotti," the
defendant, during and in relation to a crime of violence for

which he may be prosecuted in a court of the United States, namely, an attempted murder in aid of racketeering, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, which was brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), (iii) and 2.)

GEOFFREY S. BERMAN
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**KIFANO JORDAN, a/k/a "Shotti,"**

**Defendant.**

**SUPERSEDING INFORMATION**

S7 18 Cr. 834 (PAE)

(18 U.S.C. §§ 924(c)(1)(A)(i), (ii),
(iii) and 2)

GEOFFREY S. BERMAN
United States Attorney.