**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 9 2019

Caption:

United States v.

Kifano Jordan

Docket No.: 18 CR 834

Engelmayer
(District Court Judge)

Notice is hereby given that Kifano Jordan appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on September 6, 2019.
(date)

This appeal concerns: Conviction only ✓   Sentence only ☐   Conviction & Sentence ☐   Other ☐
Defendant found guilty by plea ✓ | trial ☐ | N/A ☐
Offense occurred after November 1, 1987? Yes ✓ | No ☐   N/A ☐
Date of sentence: September 6, 2019   N/A ☐
Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

Defendant's Counsel: Jeffrey Lichtman
Counsel's Address: 11 E. 44th Street
New York, New York 10017
Counsel's Phone: (212) 581-1001

Assistant U.S. Attorney: Michael Longyear
AUSA's Address: One St. Andrew's Plaza
New York, New York 10007
AUSA's Phone: (212) 637-2223

Signature


9/19/19
#SDS
4US401244469