LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

June 18, 2020

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Jones, et al.</u>, 18 CR 834 (PAE)

Dear Judge Engelmayer:

 I am writing in response to the order dated today (ECF No. 501), to respectfully request that counsel be appointed to submit the letter-memorandum in support of Mr. Jordan's *pro se* application for compassionate release as directed by the Court.

 To briefly explain, following Mr. Jordan's sentencing and finding no non-frivolous grounds to appeal his conviction or sentence, I filed an <u>Anders</u>[1] brief on January 10, 2020, requesting permission from the United States Court of Appeals for the Second Circuit to withdraw from Mr. Jordan's representation. While that application remains pending, shortly thereafter, the Court of Appeals docketed the attached *pro se* letter from Mr. Jordan on January 28, 2020, wherein Mr. Jordan disagreed with the basis for my <u>Anders</u> brief, indicated that there was a "complete breakdown in communications," between us, and requested assigned counsel. <u>See</u> Letter of Kifano Jordan, attached as Exhibit A. That breakdown has persisted in the time since the filing of Mr. Jordan's letter to the Court of Appeals, and I believe that Mr. Jordan's interests would be best served by the appointment of non-conflicted counsel to prosecute his application for compassionate release.

---

[1] <u>Anders v. California</u>, 386 U.S. 738 (1967)

JEFFREY LICHTMAN

Hon. Paul A. Engelmayer
United States District Judge
June 18, 2020
Page 2

      Thank you for your consideration on this application; I remain available for a teleconference should the Court deem it necessary.

Respectfully submitted,

*Jeffrey Lichtman*

Jeffrey Lichtman

cc:    All counsel (by ECF)
       Kifano Jordan (by mail)

---

In light of the concerns raised by Mr. Lichtman, the Court relieves him of the duty to write in support of Mr. Jordan's application for compassionate release. The Court, however, cannot appoint successor counsel for Mr. Jordan, as Mr. Lichtman was retained (not court-appointed), and Mr. Jordan has not submitted a financial affidavit indicating his eligibility for appointment of counsel. The Court accordingly will consider Mr. Jordan's pro se application without the benefit of a supporting memorandum from counsel. The Government's response to Mr. Jordan's application remains due on June 29, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 502.

6/22/2020

SO ORDERED.

                             *Paul A. Engelmayer*
                            PAUL A. ENGELMAYER
                            United States District Judge