

Jamesa J. Drake
P.O. Box 56
Auburn, ME 04212
(207) 330-5105
jdrake@drakelawllc.com
jamesadrake.com

January 4, 2022

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *United States v. Kifano Jordan*, 18-CR-834-02
             Second Circuit Court of Appeals Docket No. 19-3032

Dear Hon. Engelmayer:

      The Second Circuit has assigned me to represent Kifano Jordan on his direct appeal. A copy of the Order appointing me is attached. Hon. Engelmayer, you presided over Mr. Jordan's case in the district court.

      I am writing today to ask that you allow me access, via a court order, to all of the sealed documents on the district court's docket pertaining to Mr. Jordan, and that you kindly direct your staff to provide me with a copy of those documents by sending them to me by U.S. Mail. I will need to review these documents in order to successfully prosecute Mr. Jordan's appeal.

      The government is aware that I am making this request, and assents to it.

      Thank you kindly in advance for your help.

                                Sincerely,

                                /s/ Jamesa J. Drake
                                Jamesa J. Drake

The Court is unaware of the particular sealed documents to which this request refers -- or of any sealed records in this case specific to Mr. Jordan save aspects of the defense sentencing submission. The Court directs appellate counsel for Mr. Jordan to confer with the Government about this subject -- and thereafter to identify, with specificity, in a letter to the Court copying the Government, the documents that are sought.

3/23/2022

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge