UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KIFANO JORDAN,

Defendant.

18-CR-834-2 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion for compassionate release by counsel for defendant Kifano Jordan. *See* Dkt. 711. The Government's response is due **September 10, 2025**.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 27, 2025
New York, New York